WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CRIMINAL NUMBER: 16-MJ-00063 |
| VERSUS | } | JUDGE _____ |
| RACHEL M. KING | } | MAGISTRATE JUDGE HORNSBY |

_____

### ORDER

CONSIDERING the foregoing Jury Demand of Defendant:

IT IS HEREBY ORDERED that a hearing be set for the ___ day of _____, 2016, at _____ o'clock ___.m. _____ jury trial.

ORDER RENDE_____, 2016 in the Western District for L_____

> The Motion for Jury Trial is denied. There is no right to a jury trial for first offense DWI in Louisiana. See <u>Landry v. Hoepfner</u>, 840 F.2d 1201 (5th Cir. 1988)(en banc); <u>U.S. v. Garrett</u>, 984 F.2d 1402, fn. 21 (5th Cir. 1993); <u>Hill v. Louisiana</u>, 2013 WL 486691 and 2013 WL 453214 (E.D. La. 2013). Oct. 3, 2016
>
> /s/ MJH